

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

Linda S. Restrepo and Carlos E. Restrepo  §  No. 08-15-00348-CV
d/b/a Collectively RDI Global Services
and R&D International,  §  Appeal from the

              Appellants,  §  County Court at Law No. 5

v.  §  of El Paso County, Texas

Alliance Riggers & Constructors, LTD,  §  (TC# 2012-DCV04523)

              Appellee.  §

§

## **O R D E R**

Pending before the Court is Appellants' motion to exceed the word count limitations. Appellants have tendered their brief for review. Appellee vigorously objects to the motion because the Court denied a previously-filed motion to exceed the word count. The Court denied that motion, however, because Appellants had not yet filed their brief. In the absence of the brief, the Court is unable to review whether it was reasonable or necessary for a party to exceed the word count limitations. Having reviewed Appellants' brief and their explanation contained in the motion, we conclude that the motion should be granted.

IT IS SO ORDERED this 1st day of September, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.
(Hughes, J., not participating)